IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
FAYETTEVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| TALMADGE LORENZO BARNETT, JR., ) | OBJECTION TO CONFIRMATION OF PLAN/ |
| ) | VALUATION OF SECURED CLAIM |
| ) | CASE NO. 15-01816-5-DMW |
| ) | (CHAPTER 13) |
| ) | |
| DEBTOR. ) | |

NOW COMES World Omni Financial Corp., its successors and assigns (World Omni), secured creditor of Talmadge Lorenzo Barnett Jr. (Debtor), and objects to confirmation of plan/ valuation of its secured claim. In support of its Objection, World Omni shows the Court as follows:

1. World Omni holds a security interest in a 2013 Toyota Corolla, vehicle identification number 2T1BU4EE9DC988531 (vehicle), pursuant to a North Carolina Retail Installment Sale Contract dated December 28, 2012 (the contract), executed by Debtor, a copy of which is attached hereto as "Exhibit A" and incorporated herein.

2. World Omni's lien is noted on the North Carolina Certificate of Title for the vehicle (the Title), a copy of which is attached hereto as "Exhibit B" and incorporated herein.

3. Debtor initiated this Chapter 13 proceeding on or about April 1, 2015.

4. At the time the Chapter 13 was filed the net balance owed on the account for the vehicle was $14,262.72 and the Debor was past due for the March 2015 payment in the amount of $319.00.

5. Although the 2013 Toyota Corolla is listed in Schedule D, Debtor did not list World Omni in their Chapter 13 Plan.

6. Pursuant to Section 1325(a)(9) of the Code, if a creditor has a purchase money security interest, securing the debt that is the subject of the claim, the debt was incurred within the 910 days preceding the petition and the collateral is a motor vehicle for the personal use of the Debtor, then the value of the claim may not be crammed down and the debt must be paid in full in the plan.

WHEREFORE, World Omni moves the Court to deny confirmation of Debtor's plan. Alternatively, World Omni moves the Court to require the Debtor's plan provide that World Omni be allowed a fully secured claim in the amount of $14,262.72 at the *Till* rate of interest. World Omni further moves the Court to allow the Chapter 13 Trustee to modify Debtor's plan accordingly and for such other relief as the Court deems just and proper.

This 29th day of April, 2015.

                                               s/ Kristin D. Ogburn
                                               Kristin D. Ogburn
                                               Attorney for Secured Creditor
                                               World Omni Financial Corp.
                                               North Carolina State Bar No. 20506

Of Counsel:

Horack, Talley, Pharr & Lowndes
301 South College Street, Suite 2600
Charlotte, NC 28202-6038
Telephone:   704-377-2500
Telefax:       704-372-2619

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Objection to Confirmation of Plan/Valuation of Secured Claim and Notice of Hearing were served upon Debtor, Debtor's attorney and the Chapter 13 Trustee by depositing copies of same by first-class mail or electronically:

    Talmadge Lorenzo Barnett, Jr.    (US Mail)
    P.O. Box 3777
    Lumberton, NC 28359

    Chad W. Hammonds    (Electronically)
    Attorney for Debtor
    P.O. Box 7
    Maxton, NC 28364

    Joseph A. Bledsoe, III    (Electronically)
    Chapter 13 Trustee
    P.O. Box 1618
    New Bern, NC 28563

This 29th day of April, 2015.

s/ Kristin D. Ogburn
Kristin D. Ogburn
Attorney for World Omni Financial Corp.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
FAYETTEVILLE DIVISION

IN RE:

TALMADGE LORENZO BARNETT, JR.,   )   NOTICE OF HEARING
                                 )   CASE NO. 15-01816-5-DMW
                                 )   Chapter 13
          Debtor.                )

World Omni Financial Corp., its successors and assigns (World Omni) has filed papers with the Court Objecting to Confirmation of Plan/ Valuation of Secured Claim.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to sustain World Omni's Objection, or if you want the Court to consider your views on the Objection, then on or before May 18, 2015, you or your attorney must file with the Court a written response to the Objection filed by World Omni and request a hearing explaining your position at U.S. Bankruptcy Court, P.O. Box 791, Raleigh, North Carolina 27858.

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy to:

Kristin Ogburn
301 S. College Street, Suite 2600
Charlotte, North Carolina 28202-6038

Chad W. Hammonds
Attorney for Debtor
P.O. Box 7
Maxton, NC 28364

Joseph A. Bledsoe, III
Chapter 13 Trustee
P.O. Box 1618
New Bern, NC 28563

The Court will set a hearing date and the Clerk will mail notice of the time, date and place of the hearing to you. If you file an answer or an objection, you must attend the hearing scheduled by the Clerk of the Bankruptcy Court.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the motion or and may enter an order sustaining World Omni's Objection.

Dated this 29th day of April, 2015.

s/ Kristin Decker Ogburn
Kristin Decker Ogburn
Horack, Talley, Pharr and Lowndes
301 S. College St., Suite 2600
Charlotte, NC 28202-6038

4

| Buyer Name and Address | Co-Buyer Name and Address | Creditor-Seller (Name and Address) |
|---|---|---|
| TALMADGE LORENZO BARNETT JR<br>2990 CRYSTAL LN<br>PO BOX 3777<br>LUMBERTON NC 28359 ROBESON | N/A | PETERSON AUTOMOTIVE, INC.<br>4301 FAYETTEVILLE ROAD<br>LUMBERTON NC 28358 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Creditor - Seller (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| NEW | 2013 | TOYOTA COROLLA | 2T1BU4EE9DC988531 | X personal, family or household<br>☐ business<br>☐ agricultural  ☐ N/A |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 0.00 |
|---|---|---|---|---|
| 6.14 % | $ 4147.78 | $ 19777.22 | $ 23925.00 | $ 23925.00 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 75 | 319.00 | Monthly beginning 02/11/2013 |

Or As Follows: N/A
N/A
N/A

Late Charge. If payment is not received in full within 10 days after it is due, you will pay a late charge of 5 % of the part of the payment that is late. If the vehicle is primarily for personal, family, household, or agricultural use, the maximum charge for each late payment will be $ 6.00

Prepayment. If you pay off all your debt early, you will not have to pay a penalty.
Security Interest. You are giving a security interest in the vehicle being purchased.
Additional Information: See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**ITEMIZATION OF AMOUNT FINANCED**
1  Cash Price (including $ 151.73 sales tax)    $ 18749.73 (1)
2  Total Downpayment =
   Trade-In 2010 TOYOTA COROLLA
          (Year)     (Make)        (Model)
   Gross Trade-In Allowance         $ 13540.34
   Less Pay Off Made By Seller      $ 14900.00
                                    $ -1359.66
   Equals Net Trade In              $ 930.16
   + Cash                           N/A
   + Other N/A                      $ N/A
   (If total downpayment is negative, enter "0" and see 4I below)    $ 0.00 (2)
3  Unpaid Balance of Cash Price (1 minus 2)    $ 18749.73 (3)
4  Other Charges Including Amounts Paid to Others on Your Behalf
   (Seller may keep part of these amounts):
   A  Cost of Optional Credit Insurance Paid to Insurance
      Company or Companies
      Life                           $ N/A
      Disability                     $ N/A     $ N/A
   B  Vendor's Single Interest Insurance Paid to Insurance Company     $ N/A
   C  Other Optional Insurance Paid to Insurance Company or Companies  $ N/A
   D  Optional Gap Contract          $ N/A
   E  Official Fees Paid to Government Agencies
      N/A                            $ N/A
   F  Government Taxes Not Included In Cash Price
      N/A                            $ N/A
   G  Government License and/or Registration Fees
      LICENSE                        $ 58.00
   H  Government Certificate of Title Fees    $ 40.00
   I  Other Charges (Seller must identify who is paid and describe purpose)
      to SOUTHEAST TOYOTA for Prior Credit or Lease Balance    $ 429.50
      to N/A          for N/A        $ N/A
      to PETERSON AUTOMOTIV for DOC FEE     $ 499.99
      to N/A          for N/A        $ N/A
      to N/A          for N/A        $ N/A
      to N/A          for N/A        $ N/A
      to N/A          for N/A        $ N/A
      Total Other Charges and Amounts Paid to Others on Your Behalf    $ 1027.49 (4)
5  Amount Financed (3 + 4)          $ 19777.22 (5)

**Insurance.** You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below.
If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**
**Optional Credit Insurance**

☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability (Buyer Only)
Premium:
  Credit Life $ _____ N/A _____
  Credit Disability $ _____ N/A _____
Insurance Company Name ..N/A..............
N/A
Home Office Address N/A
N/A

Credit life Insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not to buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

**Other Optional Insurance**
☐ N/A                                N/A
   Type of Insurance                 Term
Premium $     N/A
Insurance Company Name N/A
N/A
Home Office Address N/A
N/A

☐ N/A                                N/A
   Type of Insurance                 Term
Premium $     N/A
Insurance Company Name N/A
N/A
Home Office Address N/A
N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the Insurance checked above.
X N/A                                N/A
Buyer Signature                      Date
X N/A                                N/A
Co-Buyer Signature                   Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE. WITHOUT SUCH INSURANCE YOU MAY NOT OPERATE THIS VEHICLE ON PUBLIC HIGHWAYS.**

Returned Check Charge: You agree to pay a charge of $ 25.00 if any check you give us is dishonored.

OPTION: ☐ You pay no finance charge if the Amount Financed, Item 5, is paid in full on or before N/A , Year N/A , SELLER'S INITIALS N/A

OPTIONAL GAP CONTRACT. A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.
Term _____ N/A _____ Mos.           N/A
                                    Name of Gap Contract

I want to buy a gap contract.
Buyer Signs X _____ N/A _____

☐ VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance): If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. You may choose the insurance company through which the VSI insurance is obtained. If you elect to purchase VSI insurance through the Creditor, the cost of this insurance is $ _____ N/A _____ and is also shown in Item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

**NO COOLING OFF PERIOD**
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

HOW THIS CONTRACT CAN BE CHANGED. This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.   Buyer Signs X /s/ Talmadge Barnett   Co-Buyer Signs X N/A
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
See back for other important agreements.

NOTICE TO RETAIL BUYER: Do not sign this contract in blank. You are entitled to a copy of the contract at the time you sign. Keep it to protect your legal rights.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You acknowledge that you have read both sides of this contract, including the arbitration clause on the reverse side, before signing below. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X /s/ Talmadge Barnett   Date 12/28/12   Co-Buyer Signs X N/A   Date N/A
Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X N/A   Address N/A
Seller signs _____   Date 12/28/12   By X _____   Title _____

Seller assigns its interest in this contract to WORLD OMNI FINANCIAL CORP   (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse    X ☐ Assigned without recourse    ☐ Assigned with limited recourse
PETERSON AUTOMOTIVE, INC.
Seller _____   By _____   Title _____

EXHIBIT A

the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.

c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

2. **YOUR OTHER PROMISES TO US**

   a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

   b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

   c. **Security Interest.**
      You give us a security interest in:
      - The vehicle and all parts or goods installed in it;
      - All money or goods received (proceeds) for the vehicle;
      - All insurance, maintenance, service or other contracts we finance for you; and
      - All proceeds from insurance, maintenance, service or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

      This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle.

   d. **Insurance you must have on the vehicle.**
      You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and charge you must pay. The charge will be the cost of the insurance and a finance charge at the Annual Percentage Rate shown on the front of this contract.
      If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

   e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we obtain a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

3. [continued]

   on each late payment as shown on the front. Acceptance of a late payment or late charge does not excuse your late payment or mean that you must keep making late payments. If you pay late, we may also take the steps described below.

   b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
      - You do not pay any payment on time;
      - You give false, incomplete, or misleading information on a credit application;
      - You start a proceeding in bankruptcy or one is started against you or your property; or
      - You break any agreements in this contract.
      
      The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

   c. **You may have to pay collection costs.** If we hire an attorney to collect what you owe, you will pay reasonable attorney's fees and court costs as permitted by law.

   d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.

   e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.

   f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
      We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

   g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

4. **WARRANTIES SELLER DISCLAIMS**
   Unless the Seller makes an express warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.
   This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

5. **Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
   **Spanish Translation: Guía para compradores de vehículos usados.** La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

6. **Applicable Law.** Federal law and the law of the state of our address shown on the front of this contract apply to this contract.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only if the "personal, family or household" or "agricultural" box in the "Primary Use for Which Purchased" section of this contract is checked. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

---

**ARBITRATION CLAUSE**

**PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS**

1. EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.
2. IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.
3. DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Clause, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Clause shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. You may choose one of the following arbitration organizations and its applicable rules: the National Arbitration Forum, Box 50191, Minneapolis, MN 55405-0191 (www.arb-forum.com), the American Arbitration Association, 335 Madison Ave., Floor 10, New York, NY 10017-4605 (www.adr.org), or any other organization that you may choose subject to our approval. You may get a copy of the rules of these organizations by contacting the arbitration organization or visiting its website.

Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law in making an award. The arbitration hearing shall be conducted in the federal district in which you reside unless the Creditor-Seller is a party to the claim or dispute, in which case the hearing will be held in the federal district where this contract was executed. We will advance your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $1500, which may be reimbursed by decision of the arbitrator at the arbitrator's discretion. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Clause, then the provisions of this Arbitration Clause shall control. The arbitrator's award shall be final and binding on all parties, except that in the event the arbitrator's award for a party is $0 or against a party is in excess of $100,000, or includes an award of injunctive relief against a party, that party may request a new arbitration under the rules of the arbitration organization by a three-arbitrator panel. The appealing party requesting new arbitration shall be responsible for the filing fee and other arbitration costs subject to a final determination by the arbitrators of a fair apportionment of costs. Any arbitration under this Arbitration Clause shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et. seq.) and not by any state law concerning arbitration.

You and we retain any rights to self-help remedies, such as repossession. You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate by using self-help remedies or filing suit. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Clause shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Clause, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Clause shall be unenforceable.

# STATE OF NORTH CAROLINA

MVR 191 (Rev 12/11)

## CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE | BODY STYLE |
|---|---|---|---|
| 2T1BU4EE9DC988531 | 2013 | TOYT | 4S |

| TITLE NUMBER | TITLE ISSUE DATE | PREVIOUS TITLE NUMBER |
|---|---|---|
| 77207013009 7349 | 01/16/2013 | |

MAIL TO:
WORLD OMNI FINANCIAL CORP
PO BOX 9249
MOBILE  AL  36691-0249

ODOMETER READING
000010

ODOMETER STATUS

TITLE BRANDS

OWNER(S) NAME AND ADDRESS

TALMADGE LORENZO BARNETT JR
2990 CRYSTAL LN
LUMBERTON  NC  28358-0525

The Commissioner of Motor Vehicles of the State of North Carolina hereby certifies that an application for a certificate of title for the herein described vehicle has been filed pursuant to the General Statutes of North Carolina and based on that application, the Division of Motor Vehicles is satisfied that the applicant is the lawful owner. Official records of the Division of Motor Vehicles reflect vehicle is subject to the liens, if any, herein enumerated at the date of issuance of this certificate.

As WITNESS, his hand and seal of this Division of the day and year appearing in this certificate as the title issue date.

*Josh E. Baytts*
COMMISSIONER OF MOTOR VEHICLES

FIRST LIENHOLDER:                    DATE OF LIEN  12/28/2012
WORLD OMNI FINANCIAL CORP
PO BOX 9249
MOBILE  AL  36691-0249

LIEN RELEASED BY:
SIGNATURE_____
TITLE_____ DATE_____

SECOND LIENHOLDER:                   DATE OF LIEN

LIEN RELEASED BY:
SIGNATURE_____
TITLE_____ DATE_____

THIRD LIENHOLDER:                    DATE OF LIEN

LIEN RELEASED BY:
SIGNATURE_____
TITLE_____ DATE_____

FOURTH LIENHOLDER:                   DATE OF LIEN

LIEN RELEASED BY:
SIGNATURE_____
TITLE_____ DATE_____

ADDITIONAL LIENS:

89018632
349  T1C3491

**ANY ALTERATIONS OR ERASURES VOID TITLE**