```
                                          IN RE
                                          TALMADGE LORENZO BARNETT JR.
                                          P. O. BOX 3777
 1501816-Court-A-U.S.
 CHAD W. HAMMONDS                         LUMBERTON, NC 28359
 PO BOX 7                                           SSN or Tax I.D.   XXX-XX-4322
 MAXTON, NC 28364-0000




 U.S. Bankruptcy Court
 P.O. Box 791
 Raleigh, NC 27602                        Chapter 13
                                          Case Number:  15-01816-5-DMW
```

NOTICE OF MOTION FOR CONFIRMATION OF PLAN

Joseph A. Bledsoe, III, Chapter 13 Trustee has filed papers with the Court to Confirm the Chapter 13 Plan.

<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Motion For Confirmation Of Plan, or if you want the court to consider your views on the motion, then on or before 08/20/2015, you or your attorney must file with the court, pursuant to Local Rule  9013-1  and  9014-1, a written response, an answer explaining your position, and a request for hearing at:

```
                    U.S. Bankruptcy Court
                    PO Box 791
                    Raleigh, NC  27602
```

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to debtor(s), debtor(s) attorney and trustee at the following addessses:

| Debtor(s): | Attorney: | Trustee: |
|---|---|---|
| TALMADGE LORENZO BARNETT JR. | CHAD W. HAMMONDS | Joseph A. Bledsoe, III |
| P. O. BOX 3777 | PO BOX 7 | P.O. Box 1618 |
| LUMBERTON, NC 28359 | MAXTON, NC 28364-0000 | New Bern, NC 28563 |

If a response and a request for hearing is filed in writing on or before the date set above, a hearing will be conducted on the motion at a date, time and place to be later set and all parties will be notified accordingly.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date:  July 20, 2015                      Joseph A. Bledsoe, III
                                          Chapter 13 Trustee
                                          P.O. Box 1618
                                          New Bern, NC 28563

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**FAYETTEVILLE DIVISION**

IN RE:     CASE NUMBER:  15-01816-5-DMW

**TALMADGE LORENZO BARNETT, JR.**

            CHAPTER 13
DEBTOR(S)

**MINUTES OF 341 MEETING AND**
**MOTION FOR CONFIRMATION OF PLAN**

NOW COMES the Trustee in the above referenced Chapter 13 case moving the Court for an Order confirming the Plan in the case and, in support, of said Motion, says unto the court:

1. That the debtor(s) appeared at the meeting of creditors, as required by 11 U.S.C. § 341 and submitted to an examination under oath by the Trustee on May 5, 2015, or has supplied answers to written interrogatories;

2. The debtor(s) has/have complied with all requirements of 11 U.S.C §521 (a) (1) (B) and Interim Bankruptcy Rules 1007 and 4002 (b), as modified and adopted by this Court, and this case has not been dismissed, nor is it subject to dismissal, under 11 U.S.C. §521 (i);

3. That there are no pending objections to confirmation or other filings or pleadings that would impede the confirmation of the Plan in this case;

4. That the trustee has reviewed the schedules and relative information in the debtor(s) petition and has made a determination of the disposable income for the debtor(s) in this case. The calculation of disposable income impacts what, if any, dividend will be received by unsecured creditors. The debtor(s) plan provides for payments of:

   | | | | |
   |---|---|---|---|
   | $1,099.00 | for | 2 | Months |
   | $1,652.00 | for | 55 | Months |
   | | for | | Months |
   | | for | | Months |

5. That the liens of creditors which will not be paid in full during the term of the Plan or which are to be paid directly by the debtor(s) are not affected by the confirmation of this plan;

6. Generally, and subject to orders entered hereafter by the Court, any proof of claim that is not filed on or before August 8, 2015 ("Bar Date") shall be disallowed. Claims of governmental units, proofs of which are not filed before September 28, 2015 ("Government Bar Date") shall be disallowed;

7. That the claims of secured creditors shall be paid as secured to the extent of the claim or to the extent of the value of the collateral as set out below:

a. Claims to be paid directly by the Debtor:

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| #900 First South Bank | H/L @ 240 Cavalier St | Outside |
| #902 First South Bank | H/L @ 240 Cavalier St pre-petition arrears | $688.94 to be paid over life of plan |

b. Continuing Long Term Debts to be paid by the Trustee:

**IF A PROOF OF CLAIM IS TIMELY FILED** the claim is to be paid on a monthly basis according to the terms of the contract effective the first month after confirmation. Arrearages, if any, are to be paid over the life of the plan. Two post-petition contractual payments shall be included in the administrative arrearage claim. **The Debtor is to resume direct payments upon completion of plan payments.**
**(SEE PARAGRAPH 8 BELOW)**

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| #800 Bayview Loans | Residence | Contractual payment in the amount of $569.61 to be made by Trustee effective with the July 2015 payment |
| #801 Bayview Loans | Residence administrative arrearage claim | $1,139.22 to be paid over life of plan (May and June 2015 payments) |
| #802 Bayview Loans | Residence pre-petition arrears | $6,308.25 to be paid over life of plan |
| #020 Bayview Loans | Residence mortgage fees | $300.00 to be paid over life of plan |

c. Claims paid to extent of claims as filed (no cramdown):

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| #012 World Omni | '13 Toyota Corolla | $14,243.64 @ 5.25% to be paid over life of plan |

d. Claims paid to extent of value:

| Creditor | Collateral | Present Value | Repayment Rate/Term |
|---|---|---|---|
| #017 United Consumer | Vaccum | $800.00 secured<br>$11.25 unsecured | 5.25% to be paid over life of plan |

Pursuant to Local Rule 3070-1(b) some secured creditors may be entitled to pre-confirmation adequate protection payments.

8. **LONG TERM RESIDENTIAL MORTGAGE CLAIMS** shall be paid in a manner consistent with Local Rule 3070-2.

9. That the following creditors have filed secured proofs of claims but, due to the value placed on the collateral, the claims will be treated as unsecured and paid along with other unsecured claims. With respect to claims listed below for which the terms of repayment are listed as "Surrender," upon entry of an Order confirming the plan, as modified by this Motion, the automatic stay of §362(a) and the automatic co-debtor stay of §1301 shall thereupon be lifted and modified with respect to such property "for cause" under §362(a)(1), as allowed by Local Rule 4001-1(b).

   NONE

Reference herein to "Direct" or "Outside" or similar language regarding the payment of a claim under this plan means that the debtor(s) or a third party will make the post-petition payments in accordance with the contractual documents which govern the rights and responsibilities of the parties of the transaction, including any contractual modifications thereof, beginning with the first payment that comes due following the order for relief;

10. That the treatment of claims indicated in paragraphs 7 and 9 above, are based on information known to the Trustee at the time of the filing of this Motion. The treatment of some claims may differ from that indicated if subsequent timely filed claims require different treatment;

11. That the following executory contracts and unexpired leases shall be either assumed or rejected as indicated below:

| Creditor | Property Leased/Contracted For | Treatment |
|---|---|---|
| NONE | | |

12. That priority claims shall be paid in full over the term of the Plan;

13. That confirmation of this Plan will be without prejudice to pending Motions For Relief From the Automatic Stay and will be without prejudice to objections to claims and avoidance actions;

14. That confirmation of the Plan vests all property of the estate in the debtor(s);

15. That the attorney for the debtor(s) is requesting fees in the amount of $2,846.00. The Trustee recommends to the Court a fee of $2,846.00. If the recommended fee is different from that requested an explanation can be found in Exhibit 'A'.

                    <u>s/ Joseph A. Bledsoe, III</u>
                    Joseph A. Bledsoe, III
                    Standing Chapter 13 Trustee

**EXHIBIT 'A'**

CASE NUMBER: 15-01816-5-DMW

**DEBTORS:** TALMADGE LORENZO BARNETT, JR.

**EMPLOYMENT:**

| | | | |
|---|---|---|---|
| Debtor: | SUNSTATE SECURITY | GROSS INCOME: | $16,640.04 |
| Spouse: | RMC | | $20,198.52 |

**Prior Bankruptcy cases:**   Yes ☐   No ☒   If so, Chapter ___ filed ___
Disposition:

**Real Property**: House and Lot ☒ Mobile home ☐ Lot/Land ☐ Mobile Home/Lot ☐

| | | | |
|---|---|---|---|
| Description: | RESIDENCE | | |
| FMV | $65,000.00 | Date Purchased | |
| Liens | $52,000.00 | Purchase Price | |
| Exemptions | $13,000.00 | Improvements | |
| Equity | $0.00 | Insured For | |
| Rent | $568.01 | Tax Value | |

**Real Property**: House and Lot ☒ Mobile home ☐ Lot/Land ☐ Mobile Home/Lot ☐

| | | | |
|---|---|---|---|
| Description: | 340 CAVALIER STREET – ½ INTEREST | | |
| FMV | $40,000.00 | Date Purchased | |
| Liens | $35,000.00 | Purchase Price | |
| Exemptions | $2,500.00 | Improvements | |
| Equity | $0.00 | Insured For | |
| Rent | | Tax Value | |

**COMMENTS**:

| | | | |
|---|---|---|---|
| **Attorney Fees**: | Requested: | $2,846.00 | (excluding filing fee) |
| | Paid: | $46.00 | (excluding filing fee) |
| | Balance: | $2,800.00 | |

**Trustee's Recommendation:**   $2,846.00
Comments:

**Plan Information**:

| Plan Information: | | After 341 | | Payout % After 341 | |
|---|---|---|---|---|---|
| Total Debts | $87,744.27 | Pay in | $93,058.00 | Priority | 100.00% |
| Priority | $2,800.00 | Less   6.00% | $5,583.48 | Secured | 100.00% |
| Secured | $54,867.02 | Subtotal | $87,474.52 | Unsecured | 100% |
| Unsecured | $30,077.25 | Req. Atty. Fee | Incl. w/ claims | Joint | % |
| Joint Debts | | Available | $87,474.52 | Co-Debts | % |
| Co-Debtor | | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | | **Payroll Deduction:** Yes | ☐ | No | X |
| Objection to Confirmation: | | Yes | ☐ | No | X |

Pending:   SEE COURT DOCKET
Resolved:  SEE COURT DOCKET

<u>Motions Filed:</u>    Yes  X    No  ☐

    If so, indicate type and status:    SEE COURT DOCKET

Hearing Date:

| | | | |
|---|---|---|---|
| CASE: 1501816 | TRUSTEE: 2V | COURT: 278 | Page 1 of 2 |
| TASK: 07-17-2015.00476453.LSA000 | | DATED: 07/20/2015 | |

| | | | |
|---|---|---|---|
| Court | | Served Electronically | |
| Trustee | | Joseph A. Bledsoe, III | P.O. Box 1618<br>New Bern, NC 28563 |
| Debtor | | TALMADGE LORENZO BARNETT JR. | P. O. BOX 3777<br>LUMBERTON, NC 28359 |
| 799 | 000002 | CHAD W. HAMMONDS | PO BOX 7<br>MAXTON, NC 28364-0000 |
| 007 | 000017 | LUMBERTON EMERGENCY MEDICAL ASSOC | PO BOX 6102<br>PARSIPPANY, NJ 07054-6102 |
| 008 | 000018 | LUMBERTON EMERGENCY MEDICAL ASSOC | PO BOX 6102<br>PARSIPPANY, NJ 07054-6102 |
| 001 | 000014 | B&B COLLECTIONS | PO BOX 2137<br>TOMS RIVER, NJ 08754-2137 |
| 003 | 000015 | US DEPARTMENT OF EDUCATION<br>PO BO X 69184 | C/O: FEDLOAN SERVICING<br>HARRISBURG, PA 17106-9184 |
| 004 | 000016 | FEDLOAN SERVICING | PO BOX 69184<br>HARRISBURG, PA 17106-9184 |
| 010 | 000019 | SALLIE MAE<br>220 LASLEY AVE | C/O SALLIE MAE INC<br>WILKES-BARRE, PA 18706 |
| 006 | 000012 | INTERNAL REVENUE SERVICE | PO BOX 7346<br>PHILADELPHIA, PA 19101 |
| 900 | 000007 | FIRST SOUTH BANK | PO BOX 2047<br>WASHINGTON, NC 27889 |
| 902 | 000008 | FIRST SOUTH BANK | PO BOX 2047<br>WASHINGTON, NC 27889 |
| 016 | 000020 | SOUTHEASTERN REGIONAL MED CENTER<br>PO BOX 580006 | ATTN: PATIENT ACCOUNTS<br>CHARLOTTE, NC 28258-0006 |
| 009 | 000013 | ROBESON COUNTY TAX COLLECTOR<br>500 NORTH ELM STREET | BOX 26 COURTHOUSE<br>LUMBERTON, NC 28358-0000 |
| 013 | 000021 | SOUTHEASTERN REGIONAL<br>PO BOX 1408 | MEDICAL CENTER<br>LUMBERTON, NC 28359 |
| 014 | 000022 | SOUTHEASTERN REGIONAL<br>PO BOX 1408 | MEDICAL CENTER<br>LUMBERTON, NC 28359 |
| 015 | 000023 | SOUTHEASTERN REGIONAL<br>PO BOX 1408 | MEDICAL CENTER<br>LUMBERTON, NC 28359 |
| 005 | 000024 | FRANCES BARNETT | 240 CAVALIER ST<br>LUMBERTON, NC 28360 |
| 800 | 000004 | BAYVIEW LOAN SERVICING LLC | 4425 PONCE DE LEON BLVD, 5TH FLOOR<br>CORAL GABLES, FL 33146 |
| 801 | 000005 | BAYVIEW LOAN SERVICING LLC | 4425 PONCE DE LEON BLVD, 5TH FLOOR<br>CORAL GABLES, FL 33146 |
| 802 | 000006 | BAYVIEW LOAN SERVICING LLC | 4425 PONCE DE LEON BLVD, 5TH FLOOR<br>CORAL GABLES, FL 33146 |
| 020 | 000028 | BAYVIEW LOAN SERVICING LLC | 4425 PONCE DE LEON BLVD, 5TH FLOOR<br>CORAL GABLES, FL 33146 |
| 012 | 000010 | WORLD OMNI FINANCIAL CORP<br>323 W LAKESIDE AVE 2ND FL | WELTMANM WEINBERG & REIS CO<br>CLEVELAND, OH 44113 |
| 002 | 000003 | BAYVIEW LOAN SERVICING, LLC | 62516 COLLECTION CENTER DR<br>CHICAGO, IL 60693 |

CASE: 1501816  TRUSTEE: 2V  COURT: 278
TASK: 07-17-2015.00476453.LSA000  DATED: 07/20/2015

| | | | |
|---|---|---|---|
| 011 | 000009 | SELECT PORTFOLIO SERVICING, INC | PO BOX 65277<br>SALT LAKE CITY, UT 84165-0250 |
| 017 | 000027 | UNITED CONSUMER FINANCIAL<br>3936 E FT LOWELL RD STE 200 | C/O BASS & ASSOC PC<br>TUCSON, AZ 85712 |
| 017 | 000011 | UNITED CONSUMER FINANCIAL<br>3936 E FT LOWELL RD STE 200 | C/O BASS & ASSOC PC<br>TUCSON, AZ 85712 |
| 018 | 000025 | UNITED CONSUMER FINANCIAL<br>3936 E FT LOWELL RD STE 200 | C/O BASS & ASSOC PC<br>TUCSON, AZ 85712 |
| 019 | 000026 | PATTI H. BASS<br>3936 E FT LOWELL ROAD STE 200 | BASS & ASSOCIATES, P.C.<br>TUCSON, AZ 85712-1083 |

30 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 07/20/2015.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON   07/20/2015   BY  /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail