UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In Re: | : CHAPTER 13 |
| | : |
| TALMADGE LORENZO BARNETT JR., | : CASE NO. 15-01816-5-JNC |
| | : |
| | : |
| Debtor. | : JUDGE JOSEPH N. CALLAWAY |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A Claim has been filed in this case or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to F.R.B.P. 3001(e)(2) of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **U.S. Bank Trust National Association, as Trustee of the Preston Ridge Partners Investments II Trust** <br> Name of Transferee | **Bayview Loan Servicing, LLC** <br> Name of Transferor |
|---|---|
| **SN Servicing Corporation** <br> **323 Fifth Street** <br> **Eureka, CA  95501** | Court Claim # (if known): 3 <br> Amount of Claim # (if known): $54,833.80 <br> Date of Claim: 05/19/2015 |
| Phone: (800) 603-0836 | Phone: 800-457-5105 |
| Last Four Digits of Acct #:****3891 | Last Four Digits of Acct #: *****9200 |
| Last Four Digits of Alternate Acct #:_____ | Last Four Digits of Alternate Acct #: _____ |

Name and Addressee where transferee payments should be sent (if different from above):

SN Servicing Corporation
323 5th Street
Eureka, CA 95501

I, the undersigned, declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| By: **/s/ Susan B. Shaw**_____ <br> Susan B. Shaw, Bar Number 21639 <br> Attorney for Transferee <br> **RCO Legal, P.S.** <br> 2970 Clairmont Road NE, Suite 780 <br> Atlanta, GA 30329 <br> 678-298-8838 <br> SShaw@rcolegal.com | Date: January 14, 2016 |

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.